USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 5/13/2021

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

JOSE QUEZADA, on behalf of himself and all others similarly situated,

                Plaintiff,

-against-

DALE ELECTRONICS CORP.,

                Defendant.

1:21-cv-01241-MKV

SCHEDULING ORDER

MARY KAY VYSKOCIL, United States District Judge:

The Court is in receipt of a letter from the parties informing the Court that the parties have reached a settlement in principle [ECF No. 12]. Accordingly, IT IS HEREBY ORDERED that the conference scheduled for May 19, 2021 is adjourned. IT IS FURTHER ORDERED that this action is discontinued without costs to any party and without prejudice to restoring the action to this Court's calendar if the Parties are unable to memorialize their settlement in an agreement and if the application to restore the action is made by **June 11, 2021**. If no such application is made by that date, today's dismissal of the action is with prejudice. *See Muze, Inc. v. Digital On Demand, Inc.*, 356 F.3d 492, 494 n.1 (2d Cir. 2004).

**SO ORDERED.**

**Date: May 13, 2021**
**New York, NY**

**MARY KAY VYSKOCIL**
**United States District Judge**